Created By Pearl EMR - PHO512 CMCP  
Schema: TDCJ

Report Date/Time: 01/19/2024 10:36AM

## EMR Medication Print Pass
*Active Medications From 01/19/2024 to 01/20/2024*  
*BETO 1 (0B)*

**ALLERGIES:**  
BEEF | LEGUMES/BEANS | PEANUTS | PORK/PORCINE PRODUCT DERIVATIVES | TRAMADOL HCL

22H

**PATIENT: WESLEY, KAIVEN L    MRN: 2479978    DOB: 05/19/1981    HOUSING: C-2 CELL 24**

---

**DICYCLOMINE 20MG TABLET #**    Rx ID: 34816036  
1 TABS ORAL TWICE DAILY FOR 30 DAYS. NF APPROVED 615439;TAKE AS NEEDED    REFILLS: 0 / 2  
RX DATE: 01/19/2024 10:16 AM    RUN START DATE: 01/19/2024 10:15 AM    RUN END DATE: 02/18/2024 10:15 AM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 04/18/2024 10:15 AM  
ORDERING PROVIDER: ONWUCHEKWA, EZENWANYI O APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: ONWUCHEKWA, EZENWANYI O APRN, FNP

---

**MAGNESIUM CITRATE 300ML**    Rx ID: 34815721  
1 BT ORAL ONCE FOR 1 DAYS.    REFILLS: 0 / 0  
RX DATE: 01/19/2024 09:52 AM    RUN START DATE: 01/19/2024 09:52 AM    RUN END DATE: 01/20/2024 09:52 AM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 01/20/2024 09:52 AM  
ORDERING PROVIDER: ONWUCHEKWA, EZENWANYI O APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: ONWUCHEKWA, EZENWANYI O APRN, FNP

---

**ALBUTEROL HFA INH 6.7G 200PF**    Rx ID: 34754310  
KOP 2 PUFFS INHALATION 4 TIMES DAILY AS NEEDED FOR 180 DAYS.    REFILLS: 0 / 0  
RX DATE: 01/04/2024 03:01 PM    RUN START DATE: 01/04/2024 02:56 PM    RUN END DATE: 07/02/2024 02:56 PM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 07/02/2024 02:56 PM  
ORDERING PROVIDER: HUTT, STACY D APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: HUTT, STACY D APRN, FNP

---

**FIBER LAXATIVE TABLET**    Rx ID: 34815884  
KOP 2 TABS ORAL EVERY MORNING FOR 30 DAYS. DRINK PLENTY OF WATER.    REFILLS: 0 / 5  
RX DATE: 01/19/2024 10:05 AM    RUN START DATE: 01/19/2024 10:03 AM    RUN END DATE: 02/18/2024 10:03 AM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 07/17/2024 10:03 AM  
ORDERING PROVIDER: ONWUCHEKWA, EZENWANYI O APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: ONWUCHEKWA, EZENWANYI O APRN, FNP

---

**hydroCHLOROthiazide 25MG TAB**    Rx ID: 34754323  
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.    REFILLS: 0 / 11  
RX DATE: 01/04/2024 03:01 PM    RUN START DATE: 01/04/2024 02:57 PM    RUN END DATE: 02/03/2024 02:57 PM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 12/29/2024 02:57 PM  
ORDERING PROVIDER: HUTT, STACY D APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: HUTT, STACY D APRN, FNP

---

**MAGNESIUM HYDR SUSP 30ML UD**    Rx ID: 34815700  
KOP 1 UD ORAL EVERY EVENING AS NEEDED FOR 3 DAYS. INCREASE FLUID INTAKE    REFILLS: 0 / 0  
RX DATE: 01/19/2024 09:52 AM    RUN START DATE: 01/19/2024 09:51 AM    RUN END DATE: 01/22/2024 09:51 AM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 01/22/2024 09:51 AM  
ORDERING PROVIDER: ONWUCHEKWA, EZENWANYI O APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: ONWUCHEKWA, EZENWANYI O APRN, FNP

---

**METOPROLOL XL 25MG TABLET**    Rx ID: 34754333  
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.    REFILLS: 0 / 11  
RX DATE: 01/04/2024 03:01 PM    RUN START DATE: 01/04/2024 02:58 PM    RUN END DATE: 02/03/2024 02:58 PM  
ORDERING FACILITY: BETO 1 (0B)    EXPIRATION DATE: 12/29/2024 02:58 PM  
ORDERING PROVIDER: HUTT, STACY D APRN, FNP  
MEDICATION STATUS: ACTIVE    ENTRY USER: HUTT, STACY D APRN, FNP

Created By Pearl EMR - PHO512 CMCP
Schema: TDCJ

Report Date/Time: 01/19/2024 10:36AM

# EMR Medication Print Pass
Active Medications From 01/19/2024 to 01/20/2024
BETO 1 (0B)

**ALLERGIES:**
BEEF | LEGUMES/BEANS | PEANUTS | PORK/PORCINE PRODUCT DERIVATIVES | TRAMADOL HCL

**PATIENT: WESLEY, KAIVEN L   MRN: 2479978   DOB: 05/19/1981   HOUSING: C-2 CELL 24**

### OMEPRAZOLE 20MG CAPSULE
KOP 2 CAPS ORAL EVERY MORNING FOR 30 DAYS.
RX DATE: 01/04/2024 03:01 PM     RUN START DATE: 01/04/2024 02:58 PM
ORDERING FACILITY: BETO 1 (0B)
ORDERING PROVIDER: HUTT, STACY D APRN, FNP
MEDICATION STATUS: ACTIVE

Rx ID: 34754335
REFILLS: 0 / 11
RUN END DATE: 02/03/2024 02:58 PM
EXPIRATION DATE: 12/29/2024 02:58 PM
ENTRY USER: HUTT, STACY D APRN, FNP

### PRAZOSIN 1MG CAPSULE #
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. INTAKE REFILL
RX DATE: 01/04/2024 03:01 PM     RUN START DATE: 01/04/2024 02:58 PM
ORDERING FACILITY: BETO 1 (0B)
ORDERING PROVIDER: HUTT, STACY D APRN, FNP
MEDICATION STATUS: ACTIVE

Rx ID: 34754339
REFILLS: 0 / 1
RUN END DATE: 02/03/2024 02:58 PM
EXPIRATION DATE: 03/04/2024 02:58 PM
ENTRY USER: HUTT, STACY D APRN, FNP

### SERTRALINE 100MG TABLET
KOP 1 TABS ORAL EVERY EVENING FOR 30 DAYS.
RX DATE: 01/04/2024 03:01 PM     RUN START DATE: 01/04/2024 02:59 PM
ORDERING FACILITY: BETO 1 (0B)
ORDERING PROVIDER: HUTT, STACY D APRN, FNP
MEDICATION STATUS: ACTIVE

Rx ID: 34754347
REFILLS: 0 / 11
RUN END DATE: 02/03/2024 02:59 PM
EXPIRATION DATE: 12/29/2024 02:59 PM
ENTRY USER: HUTT, STACY D APRN, FNP

### TERAZOSIN CAPSULE
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS.
RX DATE: 01/04/2024 03:01 PM     RUN START DATE: 01/04/2024 03:01 PM
ORDERING FACILITY: BETO 1 (0B)
ORDERING PROVIDER: HUTT, STACY D APRN, FNP
MEDICATION STATUS: ACTIVE

Rx ID: 34754360
REFILLS: 0 / 11
RUN END DATE: 02/03/2024 03:01 PM
EXPIRATION DATE: 12/29/2024 03:01 PM
ENTRY USER: HUTT, STACY D APRN, FNP

TOTAL FOR WESLEY, KAIVEN L                                                              11