Wesley 2479978
\aw State Jail
N.W. Loop 571
erson, Tx. 75652

Legal Mail

SHREVEPORT LA 710
11 MAR 2024 PM 2  L



egal Mail

To. U.S. District Court Clerk
   Eastern District of Texas
   500 Stateline Ave.
   Texarkana, Tx. 75501

75504-940000
7550489400